## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **CRIMINAL NO. 09-00014-KD** |
| ) | |
| **CHRISTOPHER JOHNSON** ) | |

### ORDER

Upon review of the Judgment and Commitment it has come to the court's attention that the written Judgment did not reflect the oral pronouncement of judgment.  Accordingly, pursuant to the provisions of Rule 36 of the Federal Rules of Criminal Procedure, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby AMENDS **nunc pro tunc** the judgment which was entered in the above styled action on August 5, 2009, to read as follows:

**Sheet 3, Supervised Release (Special Conditions)**

**The first six months of supervised release, the defendant shall spend at the Residential Re-Entry Center and he is to abide by their rules and regulations, as directed by RRC staff and the U.S. Probation Office.**

All other provisions of the original sentence remain the same.

**DONE and ORDERED** this 2th day of March, 2010.


        /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**